FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

AUG 1 5 2018

BY
DEPUTY_____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § | No. 6:18-CR-53 |
| | § | Judge JRG/JDL |
| GABRIEL MENDEZ-BARRIOS a/k/a JAVIER BARRIOS-CATANO | § § | |

# INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

## Count One

Violation: 8 U.S.C. § 1326(a) and (b)(2)
(Illegal reentry following removal)

On or about November 18, 2017, in the Eastern District of Texas, the defendant, **Gabriel Mendez-Barrios**, also known as, **Javier Barrios-Catano**, an alien, was found in the United States having previously been removed from the United States to Mexico on or about March 29, 2011, and the defendant had not received the consent of the Secretary of the Department of Homeland Security to reapply for admission to the United States.

In violation of 8 U.S.C. § 1326(a) and (b)(2).

A TRUE BILL

_____
GRAND JURY FOREPERSON

JOSEPH D. BROWN
UNITED STATES ATTORNEY

_____  8/15/2018
ALLEN H. HURST              Date
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. 6:18-CR-_____ |
| | § | Judge _____ |
| GABRIEL MENDEZ-BARRIOS a/k/a JAVIER BARRIOS-CATANO | § § | |

## NOTICE OF PENALTY

### Count One

Violation:            8 U.S.C. § 1326(a) and (b)(2)

Penalty:              Imprisonment for not more than 20 years, a fine not to exceed $250,000, or both; and supervised release of not more than three (3) years.

Special Assessment:   $100.00